UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY HERSON and KIMBERLY RICH, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>OUTDOOR MEDIA DIMENSIONS, a Nevada corporation; ALEXANDER KIM and DONG S. KIM, husband and wife, and KARL PARK,<br><br>Defendants. | Case No.   CV-N-01-0565-RAM<br><br>**ORDER** |
| AND RELATED ACTIONS | |

The Court having reviewed Defendant/Counterclaimant Outdoor Media Dimensions' Amended Application and Affidavit for Judgment Debtor's Examination, and good cause appearing therefore,

IT IS HEREBY ORDERED requiring Plaintiff/Counterdefendant Kimberly Ann Rich to attend a Judgment Debtor's Examination at the time and place set out below and to bring all necessary records, documents and things with her necessary to answer questions propounded by Defendant/Counterclaimant OMD as to the nature, extent, type and location of any real properties and/or any other assets, including all financial records and other documents requested in the *Amended Application and Affidavit for Judgment Debtor's Examination*.

Place: Best Western Inn – Conference Room
1405 East Newlands Drive
Fernley, Nevada 89408

Date and Time: Wednesday, January 31, 2007 at 1:00 p.m.

**DATED** this 10th day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Whitehead & Whitehead
6121 Lakeside Drive
Suite 200
Reno, Nevada 89511
(775) 823-7700

2